BOYLE ET AL., APPELLANTS, *v.* CITY OF BUTTE, RESPONDENT.

(No. 3,929.)

(Submitted September 13, 1918.   Decided October 7, 1918.)

[175 Pac. 596.]

For syllabus, see Cause No. 3,928.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

ACTION by Mary E. Boyle and others against the City of Butte. From a judgment for defendant, plaintiffs appeal. Affirmed.

55 Mont.—14

Same counsel as in *Allen* v. *City of Butte, ante,* p. 205.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts of this case are in all substantial particulars identical with the facts in *Allen* v. *City of Butte, ante,* p. 205, 175 Pac. 595. Upon the authority of that case, the judgment herein is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.

